UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LUTHER T. SMITH, JR. | ) | |
| | ) | |
|    APPELLANT/CROSS-APPELLEE, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-0655 |
| | ) | JUDGE ECHOLS |
| THE OHIO NATIONAL LIFE, | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
|    APPELLEE/CROSS-APPELLANT. | ) | |

### ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, the Bankruptcy Court's "Order Granting Nondischargeable Partial Summary Judgment" entered April 25, 2007 is hereby REVERSED and this case is hereby REMANDED to the Bankruptcy Court for further proceedings.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE